**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Sam Goldstone, individually and on behalf of all others similarly situated, | |
| Plaintiff, | CIVIL ACTION NO.: |
| v. | |
| Deloitte Consulting LLP, | |
| Defendant. | |

## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Deloitte Consulting LLP hereby discloses that it is a limited liability partnership with its interests held by its principals and Deloitte LLP. Deloitte LLP is a limited liability partnership with its interests held by its partners and principals. Deloitte LLP has no parent corporation and no publicly held corporation owns 10 percent or more of its stock.

Dated: July 1, 2025

Respectfully submitted,

**DELOITTE CONSULTING LLP**

/s/ *Keri L. Engelman*
Keri L. Engelman, BBO #704360
Anna K. Perocchi, BBO #714730
keri.engelman@morganlewis.com
anna.perocchi@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**
One Federal Street
Boston, MA  02110-1726
Tel: +1.617.341.7700
Fax: +1.617.341.7701

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, the foregoing Corporate Disclosure Statement was filed via the ECF filing system and served by email on the following:

James J. Reardon, Jr.
**REARDON SCANLON LLP**
45 South Main Steet, 3rd Floor
West Hartford, CT 06107
james.reardon@reardonscanlon.com

Joshua D. Arisohn
**ARISOHN LLC**
94 Blakeslee Rd.
Litchfield, CT 06759
josh@arisohnllc.com

*Attorneys for Plaintiff*

*/s/ Keri L. Engelman*
Keri L. Engelman