# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Sam Goldstone, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Deloitte Consulting LLP,<br><br>    Defendant. | CASE NO.: 1:25-cv-11875-WGY<br><br>DISTRICT JUDGE<br>WILLIAM G. YOUNG |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Deloitte Consulting LLP ("Deloitte") respectfully moves this Court to dismiss Plaintiff's Complaint with prejudice. In support of this Motion, Deloitte incorporates and relies upon the Memorandum of Law submitted herewith.

**WHEREFORE,** Defendant Deloitte Consulting LLP respectfully requests that the Court grant its Motion to Dismiss and dismiss Plaintiff's Complaint with prejudice.

Dated: July 15, 2025

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Keri L. Engelman*
Keri L. Engelman (BBO #704360)
Anna K. Perocchi (BBO #714730)
One Federal Street
Boston, MA 02110
T: (617) 341-7700
F (617) 341-7701
keri.engelman@morganlewis.com
anna.perocchi@morganlewis.com

*Counsel for Defendant*

2

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

  I hereby certify that on July 14, 2025, counsel for Defendant conferred with counsel for Plaintiff in good faith regarding this Motion pursuant to Local Rule 7.1. Plaintiff does not consent to the relief requested in this Motion.

                */s/ Keri L. Engelman*
                Keri L. Engelman

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2025, I electronically filed the foregoing document through the Court's ECF system, which sent notice of the filing to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Keri L. Engelman
Keri L. Engelman